No. 75–6615.   FOUNTS *v.* POGUE, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 75–6616.   GREEN *v.* ILLINOIS.   Sup. Ct. Ill. Certiorari denied.

No. 75–6622.   KITTRELL ET AL. *v.* CITY OF ROCKWALL ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 75–6623.   CARTER *v.* MONEY TREE Co.   C. A. 8th Cir.   Certiorari denied.

No. 75–6624.   FULMOR *v.* CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 75–6626.   MELONSON *v.* WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA. C. A. 5th Cir.   Certiorari denied.

No. 75–6627.   DAVID *v.* CALIFORNIA.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 75–6655.   RIGGINS *v.* MEACHUM, CORRECTIONAL SUPERINTENDENT.   C. A. 1st Cir.   Certiorari denied.